## Employee Incident Report / To be completed within **10 minutes** of Incident

Attention: This form contains Information relating to the employee health and must be used in a manner that protects the confidentially of employees to the extent possible while the Information is being used for occupational safety and health purposes.

### (To be completed by claimant)

Facility Name __Aspen Grove__    Submitted to _____    Date __4-2-15__

Name __Tonya Haukaas__ Job Title __CNA/CMA__ Hire Date __1-29-14__    Sex M / (F)

Address __2010 Junction__    __Sturgis__    __SD__    __57785__
                  Street                          City              State          Zip

Phone Number __605-206-0325__ Birth Date __3/31/66__ SSN __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__ No. of Dependents _____

Family Physician __DR.Carlson / Stock__ Address __Massa Berry Clinic__

Date of Incident __2-1-15__ Time of Incident __11:35__ am/(pm) Date Shift Started __2-1-15__ Time Started __10:00__ (am)/pm

Was employee treated in Emergency Room? Yes /(No)    Was employee hospitalized overnight as in-patient? Yes /(No)

Date reported to supervisor __4-2-15__ Time _____ am/pm Supervisor Name __Heather Kuntz/Laura Ohare__
                                                                                                                    __8 am__

Witness(es) __Jeneffer miller__    If employee died, date of death _____

Safety Equipment Provided (Yes)/ No

Location of Incident __Room 307 - Shirley Steffe__    Safety Equipment Used (Yes)/ No
              (hall, patient (name) room, kitchen, etc)

Were you following proper procedures?(Yes)/ No If No, Why not? _____
                                                                                          (Use back if additional space is needed)

**What was the employee doing just before the incident occurred?** Describe the activity, as well as the tools, equipment, or material the employee was using. Be specific. Examples: "climbing a ladder while carrying roofing materials: "spraying chlorine from hand sprayer".

__We were scrubbing chairs and Room # 307 Rang - Jen went to answer Call Light - (Im on light duty)__
                                                      (Use back if additional space is needed)

**What happened?** Tell us how the injury occurred. Example: "When ladder slipped on wet floor, worker fell 20 feet': "Worker was sprayed with chlorine when gasket broke during replacement".

__on back page.__                                                          ⟶

                                                      (Use back if additional space is needed)

**What was the injury or illness?** Tell us the part of the body that was affected and how it was affected; be more specific than "hurt," "pains," or "sore." Examples: "strained back"; "chemical burn, hand (R/L)".

__Strained back (L) hip / Sore (L) Knee - Re-inJured__

                                                      (Use back if additional space is needed)

**What object or substance directly harmed the employee?** Examples: "concrete floor"; "chlorine"; "radial arm saw." If this question does not apply to the incident, leave blank.

__Lifting heavy lady / with Gate belt Full Force Put on Jen and myself__
                                                      (Use back if additional space is needed)

**What could have been done to prevent this incident?** __nothing - Resident Slipped - unable to use lift without 3rd person on Duty +answer call Lights.__
                                                      (Use back if additional space is needed)

Prior complications before this incident. (Yes)/No Describe __Yes inJured (L) hip at work Lifting__

Do you work outside of this employment? Yes /(No) If yes, please list all other tasks you perform _____

"This is my claim for workers' compensation benefits due to the on-the-job injury, occupational disease or death of the above named worker. I understand that signing this claim for compensation authorizes the release to my employer representative, the workers' compensation insurer or its agent, rehabilitation records, Social Security records and health care information medical records, (pursuant to HIPAA, Public Law 104-191, 42 USC section 1301, et. seq., and section 39-71-604, MCA) that are directly relevant to the claimed injury, disease or death. I also understand that if I obtain or exert unauthorized control over workers' compensation benefits to which I am not entitled, I may be prosecuted for theft and/or fraud." I further acknowledge that a telephone facsimile (FAX) or photographic copy shall be as valid as the original.

Employee Name __Tonya Haukaas__
                          (please print clearly)

Signature of Employee __Tonya Haukaas__    Date __4-2-15__
Rev: 7/2013                        Signature of Injured Worker or Beneficiary
Fax to Risk Management

Internal use only:  If Applicable - Assigned Case # from OSHA 300 _____

EXHIBIT 1                                                          **Employer-062**

LM000543

Jennefer went to answer Shirleys call light room w/ she came and got me and a Gate belt, She said Shirley walked to Bathroom very slow and now She was unable to get up From toilet. She Kept Slipping on the FlOOR, we proceeded to put gate belt on her, we lifted her up and She started to Slide, Jen & I Caught her Full weight on both of us, we placed her in wheel chair and proceeded to bed. Had to lift Full weight to put her into bed. I Strained my lower back and (L) hip and Sore (L) Knee. Jen Hurt middle lower back. Later in the morning we took care of Hospice patient and Lifted and reposition her. I am on light duty and injured my back in the Same Spot.

EXHIBIT 1

Employer-063

LM000544