# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
### SOUTHERN DIVISION

---

TONYA HAUKAAS,                                                    Civil No.: 20-4061

     Plaintiff,

     vs.

LIBERTY MUTUAL INSURANCE
COMPANY,

     Defendant.

---

## <u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>

Defendant The First Liberty Corporation, incorrectly identified as Liberty Mutual Insurance Company, makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

2. LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc.

3. Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual Insurance Company.

4. Liberty Mutual Insurance Company owns 100% of the stock of The First Liberty Insurance Corporation.

Dated: November 11, 2020     By: /s/ Jack H. Hieb
                                  RICHARDSON, WYLY, WISE, SAUCK & HIEB
                                  1 Court Street, Post Office Box 1030
                                  Aberdeen, SD 57402
                                  Telephone: 605-225-6310

and

Daniel W. Berglund
Meghan M. Rodda
GROTEFELD, HOFFMANN, GORDON,
OCHOA & EVINGER, LLP
150 South Fifth St., Suite 3650
Minneapolis, MN 55402
Telephone: (612) 564-4885
dberglund@ghlaw-llp.com
mrodda@ghlaw-llp.com

Attorneys for Defendant THE FIRST
LIBERTY INSURANCE CORPORATION