Case 4:20-cv-04061-KES   Document 125-1   Filed 05/03/23   Page 1 of 1   PageID #: 2182



← Back To Country Selection

**About**

Service Centers
Careers
Management
Contact

**Services**

IME
Bill Review
Peer Review
Document Management
Medical Record Retrieval
Medicare Compliance
Service Portfolio

**Customization**

Enterprise Platform
Agile Development
Workflow Enhancements
Custom Applications

**EXHIBIT 1**