| Company Internal | Doctor | Appointment | Location State | Service | Service Type | ClaimNo |
|---|---|---|---|---|---|---|
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 2/10/2012 | MN | Independent Medical Evaluation | IME | |
| Safeco - IN Indianapolis | Nipper, Jeffrey | 3/23/2012 | MN | Independent Medical Evaluation | IME | |
| Safeco - IN Indianapolis | Nipper, Jeffrey | 4/13/2012 | MN | Independent Medical Evaluation | IME | |
| Safeco - IN Indianapolis | Nipper, Jeffrey | 4/14/2012 | MN | Independent Medical Evaluation | IME | |
| Safeco - IN Indianapolis | Nipper, Jeffrey | 4/20/2012 | MN | Independent Medical Evaluation | IME | |
| Safeco - IN Indianapolis | Nipper, Jeffrey | 5/4/2012 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 6/8/2012 | MN | Independent Medical Evaluation | IME | |
| Safeco - IN Indianapolis | Nipper, Jeffrey | 6/8/2012 | MN | Independent Medical Evaluation | IME | |
| Safeco - IN Indianapolis | Nipper, Jeffrey | 6/9/2012 | MN | Independent Medical Evaluation | IME | |
| Safeco - IN Indianapolis | Nipper, Jeffrey | 7/27/2012 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 9/7/2012 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 10/18/2012 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 10/26/2012 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 12/14/2012 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 1/2/2013 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 2/15/2013 | MN | Independent Medical Evaluation | IME | |
| Thomas P. Stilp - MN Golden Valley | Nipper, Jeffrey | 2/27/2013 | MN | Phone Conference | Litigation Service | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 5/22/2013 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 8/8/2013 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 10/10/2013 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 10/31/2013 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 1/24/2014 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 2/12/2014 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 8/21/2014 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - CA Los Angeles (515097) | Nipper, Jeffrey | 11/3/2014 | MN | Independent Medical Evaluation | IME | |
| Thomas P. Stilp - MN Golden Valley | Nipper, Jeffrey | 1/12/2015 | MN | Deposition | Litigation Service | |
| Liberty Mutual - CA Los Angeles (515097) | Nipper, Jeffrey | 2/14/2015 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 2/14/2015 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 9/25/2015 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 11/3/2015 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 11/19/2015 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 7/12/2016 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 7/13/2016 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 8/19/2016 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 10/17/2016 | MN | Addendum - Additional Medical | Addendum | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 11/15/2016 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 3/8/2017 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 5/26/2017 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 6/20/2017 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 6/23/2017 | MN | Independent Medical Evaluation | IME | |
| Law Offices of John C. Syverson - WI Wausau | Nipper, Jeffrey | 7/21/2017 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 7/25/2017 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 8/1/2017 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - MN Minnetonka | Nipper, Jeffrey | 8/9/2017 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 8/18/2017 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Warrenville | Nipper, Jeffrey | 10/17/2017 | MN | Independent Medical Evaluation | IME | |
| Safeco - IN Indianapolis | Nipper, Jeffrey | 11/2/2017 | MN | Independent Medical Evaluation | IME | |
| Liberty Mutual - IN Indianapolis | Nipper, Jeffrey | 11/2/2017 | MN | Independent Medical Evaluation | IME | |
| Thomas P. Stilp - MN Golden Valley | Nipper, Jeffrey | 12/13/2017 | MN | Deposition | Litigation Service | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 1/29/2015 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 3/31/2015 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 3/31/2015 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 7/9/2015 | SD | Independent Medical Evaluation | IME | |
| Indiana Insurance - WI Waukesha | Nipper, Jeffrey | 10/8/2015 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Peoria | Nipper, Jeffrey | 5/26/2016 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 12/8/2016 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 1/12/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 1/26/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 2/16/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 3/2/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 4/20/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 4/20/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 4/20/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 4/20/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 6/22/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - WI Wausau | Nipper, Jeffrey | 6/22/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 7/13/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 7/20/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 8/24/2017 | SD | Independent Medical Evaluation | IME | |
| Indiana Insurance - WI Waukesha | Nipper, Jeffrey | 9/8/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 10/12/2017 | SD | Independent Medical Evaluation | IME | |
| Liberty Mutual - IL Hoffman Estates | Nipper, Jeffrey | 11/30/2017 | SD | Independent Medical Evaluation | IME | |

**EXHIBIT 3**