# JEFFREY HENRY JOHN NIPPER, M.D.
## Curriculum Vitae

## Education:

Edina Senior High School, Edina, Minnesota

University of Minnesota College of Biological Sciences, St. Paul, Minnesota
B.S. – Microbiology, Magna Cum Laude

University of Minnesota Graduate School, Minneapolis, Minnesota
Ph.D.(not completed) – Pathobiology/Cell Biology

University of Minnesota Medical School, Minneapolis, Minnesota
M.D.

University of Minnesota Hospital & Clinic, Minneapolis, Minnesota
General Surgical Internship

Lutheran Hospital of Indiana, Fort Wayne, Indiana; Orthopedic
Surgery Residency

## Clinical Experience:
Post-Graduate/Residency

- General Surgery Internship – orthopedic experiences in hand, plastic, spine, and advanced trauma care.
- Orthopedic Surgery Residency – general orthopedics with specialty rotations in hand, pediatrics, spine, adult reconstruction, and sports surgery.
- National Judo Championships – physician member of sports medicine team at National Championship: Fort Wayne, Indiana: 1988.
- Professional Sports Team Physician - game coverage with surgical and rehabilitative care of athletes from "Fort Wayne Flames" and "Fort Wayne Kicks" professional soccer teams and "Fort Wayne Komets" professional hockey team.
- Visiting Fellow: Steadman-Hawkins Clinic – training in knee arthroscopy/reconstruction and rehabilitation with JR Steadman, M.D., Chief Orthopedic Surgeon-US Olympic Ski Team; training in shoulder arthroscopy/reconstruction and rehabilitation with Richard Hawkins, M.D.

**EXHIBIT 4**

Jeffrey Henry John Nipper, M.D.
Page 2

## Clinical Experience (cont.):

Post-Residency/Clinical Practice (1991-present)

- Director (1991-2003, 2007-2010), Orthopedic Surgery and Sports Medicine, Coon Rapids Medical Center – Allina Medical Group (July 1991 – August 2011). Responsibilities included clinical and surgical general orthopedics with special emphasis on shoulder arthroscopy/reconstruction, knee arthroscopy/reconstruction physical therapy department supervision, orthopedic department staff coordinator and supervision, integration of orthopedic services with other departments of this large multi-specialty group.
- Minnesota Bone and Joint Specialists (October 2011 – present).  President of single specialty orthopedic surgery group.
- Team Physician - coverage for athletic teams of multiple area high schools and junior colleges.
- Medical Director of Orthopedic Surgery – Mercy Medical Center (1993-2003): administrative and marketing responsibilities for orthopedic services in 200+ bed medical center and 30 staff orthopedic surgeons.
- President – Twin Cities Orthopedic Society (1993-94)
- U.S. Department of Veterans Affairs, Veterans Health Administration, St, Cloud VA Health Care System (August 2020 – present): Orthopedic Surgeon, Medical Staff providing a broad spectrum of orthopedic clinical and surgical care for veterans.

## Honors & Awards:

B.S. Magna Cum Laude
Phi Beta Kappa

## Licensure:

Medical/Surgical -    Indiana – 0203880 (inactive)
Minnesota – 031558
South Dakota - 9058

## Board Certification:

American Board of Orthopedic Surgeons – July 1993, recertification- 2003, 2013

## Fellowships and Grants:

- G.T. Evans Laboratory Medicine and Pathology Fellowship – 1978-79, 1980-81, 1984-86
- Variety Club Cardiovascular Research Grant for Young Investigators: 1980
- Minnesota Heart Association Grant for "Bioenergetics of Platelet Activation"; 1978-80

## Scientific and Professional Societies:

- Hennepin County Medical Society
- Twin Cities Orthopedic Society

Jeffrey Henry John Nipper, M.D.
Page 3

- Minnesota Orthopedic Society
- American Academy of Orthopedic Surgeons – Fellow, 1993

Jeffrey Henry John Nipper, M.D.
Page 4

## Publications:

- Nipper, JHJ; Rao, GHR; White, JG: Computer-Assisted High Pressure Liquid Chromatographic Analysis of Platelet Adenine Nucleotides from Normal and Disease Subjects. Proceedings of the XIIIth International Union of Biochemistry, Toronto, 1979.
- Nipper, JHJ; Rao, GHR; White, JG: Platelet Adenine Nucleotide Levels Analyzed by Ion-Exchange High Pressure Liquid Chromatography. Minnesota Chromatography Forum, 1979.
- White, JG; Hagert, K; Nipper, JHJ; Rao, GHR: Functional Platelets After Storage in Vitro for 15-21 Days. *American Journal of Pathology*, December 1980, 101:613-634.
- Nipper, JHJ; Buchholz, JG; Albright, JE: Traumatic Elbow Dislocation in Children. In preparation.

## Presentations/Faculty:

- Nipper, JHJ; Rao, GHR; White, JG: Computer-Assisted High Pressure Liquid Chromatographic Analysis of Platelet Adenine Nucleotides from Normal and Disease Subjects. Presented at the XIIIth International Union of Biochemistry, Toronto, 1979.
- Nipper, JHJ; Rao, GHR; White, JG: Platelet Adenine Nucleotide Levels Analyzed by Ion-Exchange High Pressure Liquid Chromatography. Presented at the Third Annual Midwest Chromatography Conference; Minneapolis, Minnesota, 1979.
- Nipper, JHJ; Buchholz, JG; Albright, JE: Traumatic Elbow Dislocation in Children. Presented at the Indiana State Orthopedic Society; Lafayette, Indiana, 1988.
- Nipper, JHJ; Buchholz, JG; Albright, JE: Traumatic Elbow Dislocation in the Skeletally Immature. America Academy of Orthopedic Surgeons 58th Annual Meeting; Anaheim, California, March 1991.
- Program Director/Speaker: Mercy and Unity Hospitals Annual Orthopedic and Sports Medicine Symposium, 1995-1998, 2001-2003.
- Faculty: Shoulder and Knee Arthroscopy Teaching Lab, AAOS Learning Center, Rosemont, IL; August 22-23, 2003.
- Faculty: Shoulder and Knee Arthroscopy Update (J&J/Mitek), Orthopedic Learning Center, Minneapolis, MN; August 28, 2004.
- Faculty: Advanced Techniques in Shoulder Arthroscopy, University of Washington Orthopedic Surgery Center, Seattle, WA; April15-16, 2005.

## Research in Progress:

Nipper, JHJ; Green, J; Fritz, H: Regeneration of the Patellar Tendon Following Autograft Harvest in ACL Reconstruction.
Nipper, JHJ; DeBruzzi, S: Stability and Recurrent Instability Following Arthroscopic Anterior Labral Repair

October, 2020