**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

---

LIBERTY MUTUAL INSURANCE
COMPANY and THE FIRST LIBERTY
INSURANCE CORPORATION,

      Plaintiffs,

vs.

EXAMWORKS, LLC,

      Defendant.

Civil No.: 20-4061

**JUDGMENT OF DISMISSAL**

---

The Court having reviewed the Stipulation for Dismissal With Prejudice (Doc. 135) on file herein, and pursuant to FRCP 41, it is hereby

ORDERED that the above-entitled action and all causes of action contained or referred to in the pleadings be, and the same hereby are, dismissed upon the merits, with prejudice, without further notice, and without taxation of costs to any party hereto.

Dated this _____ day of March, 2024.

BY THE COURT:

_____
Honorable Karen E. Schreier
United States Districtt Judge

{00716614.DOCX / 1}